# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:24CR23 |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| BRYCE A. NOLDE, | ) | |
| **Defendant.** | ) | |

On this 25th day of September, 2025, this matter came before the Court on Defendant's Motion to Allow for Travel. The Court, being fully advised on the premises, hereby finds that Defendant's Motion shall be sustained.

WHEREFORE, IT IS HEREBY ORDERED that Defendant is permitted to travel outside of Nebraska with his wife Amanda Nolde, both of his children Bryce Nolde and Cailynn Nolde, for a personal matter in Garden City, KS. Defendant will be staying at 2412 E. Kansas Avenue, Garden City, KS, 67846. Defendant may depart by vehicle on September 26, 2025, returning on September 29, 2025.

Dated this 25th September, 2025.

BY THE COURT:

_____
United States Magistrate Judge