IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>BRYCE A. NOLDE,<br><br>               Defendant. | 8:24-CR-23<br><br>ORDER |

      This matter is before the Court with respect to the appearance of the defendant's attorney, Carlos A. Monzon, at the motion hearing on the Motion to Withdraw as Attorney filed by Mr. Monzon, [Filing 89](), and the Motion to Continue Trial and Extend Pre-Trial Motion Deadlines filed by the defendant, [Filing 91](), set for October 22, 2025, at 10:00 A.M. CDT. Filing 95 (Text Minute Entry).

      The Court held a hearing on this matter on October 21, 2025. Despite trial in this matter being less than three weeks away, Mr. Monzon requested leave to appear at the hearing via video after Mr. Monzon represented to the Court that he was out of town. Mr. Monzon apparently called into the hearing, and Mr. Monzon was able to orally communicate with the courtroom deputy prior to the hearing though the Court's audio system. However, when the hearing started, the Zoom program illustrated that Mr. Monzon kept his microphone on mute. On two occasions, Mr. Monzon unmuted his microphone, said a few words, and then muted his microphone again. The Court repeatedly made attempts to have Mr. Monzon participate in the hearing. After repeatedly asking Mr. Monzon to unmute his microphone and giving Mr. Monzon the courtesy of trying to participate

for approximately 30 minutes, the Court had no choice but to continue the hearing to the next day. This requires the defendant's new counsel, attorney Mark J. Rater, to make yet another trip to the courthouse.

IT IS ORDERED that Mr. Monzon shall use the conferencing instructions emailed to him by chambers staff to participate in the hearing via Zoom conferencing. Mr. Monzon is ordered to use Zoom and appear via video. The Court orders Mr. Monzon to log into Zoom and connect with the courtroom deputy at 9:45 A.M. CDT. Mr. Monzon shall ensure that he can hear the Court and that the Court can hear and see him via video before the motion hearing begins at 10:00 A.M. CTD. Further, the Court orders Mr. Monzon to have an alternative means to telephonically call into the hearing if his initial attempt to connect to audio and video via Zoom does not succeed. Mr. Monzon shall be present by these means and be able to both hear and respond to the Court by 10:00 A.M. CDT on October 22, 2025. Mr. Monzon is ordered to make any arrangements necessary to ensure that his technological issues are handled before the hearing is scheduled to begin.

Dated this 21st day of October, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge