IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 OCT 21 PM 2:58

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:24CR23 |
| vs. | SUPERSEDING INDICTMENT |
| BRYCE A. NOLDE, | 18 U.S.C. § 1343 |
| Defendant. | |

The Grand Jury charges that

**INTRODUCTION**

At all times material to this Indictment:

<u>BV BUILDERS, LLC</u>

1. BRYCE A. NOLDE, defendant, is a resident of the state of Nebraska residing in Garland, Nebraska.

2. BV Builders, LLC, (hereinafter "BV Builders") is a limited liability company registered in the state of Nebraska. BRYCE A. NOLDE is the registered agent and President of BV Builders.

3. BV Builders advertises itself as a construction company specializing in the construction of "barndominiums" and "shouses." The term barndominium or shouse typically refers to a large, open-concept building constructed with metal or wood framing and clad in metal siding and roofing, which is used for residential purposes but often also incorporates a workshop, garage, or room for animals.

4. BV Builders advertises on its website that it offers "Turn Key Building Construction" in Nebraska, Kansas, Colorado, Wyoming, and South Dakota. BV Builders has also worked with clients constructing buildings in Iowa, Missouri, Kansas, and Oklahoma. BV Builders

1

advertises on its website that it is a "leader in the industry," stating that "BV Builders guarantees precise, timely, and efficient work."

## FINANCIAL INSTITUTIONS

5. Financial Institution 1 is a financial institution headquartered in Beemer, Nebraska. The deposits of Financial Institution 1 are insured by the Federal Deposit Insurance Corporation.

6. Financial Institution 2 is a mortgage lending business headquartered in Louisville, Kentucky.

7. Financial Institution 3 is a financial institution headquartered in Seward, Nebraska. The deposits of Financial Institution 3 are insured by the Federal Deposit Insurance Corporation.

## **WIRE FRAUD**

### THE SCHEME AND ARTIFICE TO DEFRAUD

8. Defendant, BRYCE A. NOLDE, and others known and unknown to the Grand Jury, participated in a scheme to defraud BV Builders' customers and the sub-contractors and suppliers of BV Builders' construction projects.

9. As part of this scheme to defraud, the defendant, BRYCE A. NOLDE, and others known and unknown, through BV Builders, solicited victim customers for whom to construct barndominiums and shouses. BV Builders would accept large payments directly from the victim customers or draw large amounts from the victim customers' construction loans at a financial institution.

10. Defendant, BRYCE A. NOLDE, through BV Builders, would fraudulently represent to the victim customers that their funds were being used for legitimate construction purposes on their construction build and that the funds were being used to pay subcontractors and

2

suppliers for their work on the victim customers' build. Defendant, BRYCE A. NOLDE, would then divert these funds, in whole or in part, for other purposes unrelated to the victim customers' build.

11. As part of this scheme to defraud, the defendant, BRYCE A. NOLDE, and others known and unknown, through BV Builders, would fraudulently obtain goods and services from subcontractors and suppliers for construction projects on which BV Builders had been retained as the general contractor. Even though BV Builders would obtain customer funds under the guise of paying for these goods and services, subcontractors and suppliers were often not paid for their goods or services by BV Builders. BV Builders' failure to use the victim customers' funds to pay subcontractors and suppliers for goods and services resulted in construction liens being placed on victim customers' properties.

12. In many cases, defendant, BRYCE A. NOLDE, and others known and unknown, through BV Builders, would receive payments direct from victim customers or would draw a victim customer's construction loan depleting most or all available funds despite failing to complete the work or pay suppliers for materials that the customer funds were purportedly being drawn or received to pay for. In other situations, defendant, BRYCE A. NOLDE, and others known and unknown, through BV Builders, would receive payments directly from victim customers or draw funds from victim customers' construction loans under the fraudulent pretense that it had paid or would be paying subcontractors and suppliers for their labor and materials on victim customers' build. BV Builders would then not pay the subcontractors and suppliers as fraudulently represented, resulting in liens being placed on the victim customers' properties.

13. Defendant, BRYCE A. NOLDE, through BV Builders, often would cease work on agreed upon builds for victim customers, leaving the builds in various states of incompletion even

though having received payments for or drawn customer loan funds to pay for work that BV Builders did not fulfill.

14. Defendant, BRYCE A. NOLDE, and others known and unknown, through BV Builders, would often impose its own construction liens on victim customers' properties, despite BV Builders having taken large draws or payments for the builds and ultimately failing to complete the builds.

## USE OF INTERSTATE COMMUNICATION FACILITIES

15. Interstate wire communication facilities were used in furtherance of the scheme. The defendant, BRYCE A. NOLDE, communicated with victim customers, financial institution employees, subcontractors, and suppliers using text messages, telephone calls, emails, and internet messaging platforms.

## LOSS CAUSED BY THE FRAUD

16. As part of the scheme and artifice to defraud, from on or about July 1, 2022, through the present, the defendant, BRYCE A. NOLDE, caused an actual loss of at least $730,448.54.

## THE COUNTS

17. For the purpose of executing the above-described scheme and artifice to defraud, with said scheme and artifice to defraud affecting a financial institution, and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, as described in paragraphs 1 through 16 of this Indictment, the defendant, BRYCE A. NOLDE, in the District of Nebraska and elsewhere, did knowingly cause to be transmitted by means of wire communications in interstate commerce certain writings, signs, and signals, in that, the defendant, BRYCE A. NOLDE, did cause the transmission of the interstate wires described below:

| COUNT | DATE | WIRE COMMUNICATIONS |
|---|---|---|
| I | On or about September 1, 2023 | Defendant, BRYCE A. NOLDE, sent, or caused to be sent, an email from ar@bvbuilders.us to Victim 1 and two employees of Financial Institution 1 requesting approval for the issuance of the final draw from Victim 1 and 2s' construction loan at Financial Institution 1 |
| II | On or about November 16, 2023 | Defendant, BRYCE A. NOLDE, submitted, or caused to be submitted, in interstate commerce a Sworn Statement using DocuSign to Financial Institution 2 representing that all subcontractors had been paid for products and services rendered to date |
| III | On or about August 15, 2023 | Defendant, BRYCE A. NOLDE, sent, or caused to be sent, an email from ar@bvbuilders.us to Victim 4 and one employee of Financial Institution 3 requesting approval for the issuance of a final draw for exterior lumber and partial labor from Victim 4s' construction loan at Financial Institution 3 |

In violation of Title 18, United States Code, Section 1343.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
SEAN P. LYNCH, #25275
Assistant United States Attorney