FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 OCT 21  PM 2:58

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>BRYCE A. NOLDE,<br><br>                Defendant. | 8:24CR23<br><br>NOTICE OF SUPERSEDING INDICTMENT |

COMES NOW the United States of America, plaintiff herein, by and through the undersigned Assistant United States Attorney, and pursuant to local Rule of Criminal Procedure 7.2, provides this summary of changes made in the Superseding Indictment:

1. Paragraphs 5 through 9 and 15 of the Indictment were removed.

2. In the Superseding Indictment, new paragraphs were added and can be found at 6 and 7.

3. The loss amount found at paragraph 20 in the Indictment and now at 17 in the Superseding Indictment was amended to read, "As part of the scheme and artifice to defraud, from on or about July 1, 2022, through the present, the defendant, BRYCE A. NOLDE, caused an actual loss of at least $730,448.43."

4. The email address in Count 1 was changed to read "ar@bvbuilders.us".

5. Counts II and III were added charging two additional counts of Title 18, United States Code, Section 1343.

DATED the 22nd day of October, 2025.

Respectfully submitted;

LESLEY A. WOODS
United States Attorney
District of Nebraska

By:  s/ Sean P. Lynch
SEAN P. LYNCH, #25275
Assistant U.S. Attorney
1620 Dodge Street, Ste. 1400
Omaha, Nebraska 68102
Tel: (402) 661-3700
Fax: (402) 661-3084
E-mail: sean.lynch@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

s/ Sean P. Lynch
Assistant U.S. Attorney

2