# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:24CR23 |
| vs. | ) | |
| | ) | ORDER |
| BRYCE A. NOLDE, | ) | |
| Defendant | ) | |

This matter is before the court on the defendant's Motion to Continue Trial and to Extend Pre-Trial Motion Deadlines [91]. The matter came on for a Motion Hearing on October 22, 2025. For the reasons set forth in the motion, the court finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial and Extend Pre-Trial Motion Deadlines [91] is granted as follows:

1. The jury trial, now set for November 10, 2025, is continued to **January 26, 2026.**

2. Pretrial motions shall be filed by **November 5, 2025**.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 26, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: October 22, 2025.**

BY THE COURT:

Brian C. Buescher
United States District Judge