IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 8:24CR23 |
| Plaintiff, | |
| v. | **MOTION TO DISMISS PURSUANT TO 18 USC 1362(a)(2)** |
| **BRYCE NOLDE**, | |
| Defendant. | |

**COMES NOW** the Defendant and for his Motion to Dismiss on Speedy Trial Grounds pursuant to Nebraska Rule 12.3 and 18 USC 1362(a)(2) states:

1. The Defendant was arraigned on February 26, 2024.

2. Defendant was entitled to be tried within 70 days of his arraignment.

3. The only exceptions to this rule are set forth in the Federal Speedy Trial Act.

4. The exceptions to the speedy trial act were not met in this case.

5. This case should be dismissed on the grounds that Defendant's Speedy Trial rights were not protected and his rights under the 6th Amendment to the United States Constitution were violated.

6. Defendant submits proof and justification for this Motion in his Brief in Support of the Motion to Dismiss that was filed simultaneously with this Motion to Dismiss.

WHEREFORE prays the undersigned that this matter be set for hearing; that the Court grant the Motion to Dismiss on Speedy Trial grounds; and other such relief as the Court deems fair and equitable.

/s/*Mark J Rater*_____
Mark J. Rater   #19115
221 S. Main Street
Council Bluffs, IA  51503
Phone (712) 323-3266
Fax (712) 323-9368
mark@raterlaw.com
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that on the 22nd day of October, 2025, the undersigned served the foregoing Motion to Dismiss upon the Clerk of the Federal District Court and upon all parties of interest in this case by the CM/ECF electronic filing system as follows:

**Sean P. Lynch**
U.S. ATTORNEY'S OFFICE - OMAHA
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506

**Daniel D. Packard**
U.S. ATTORNEY'S OFFICE - LINCOLN
100 Centennial Mall North
Suite 487, Federal Building
Lincoln, NE 68508-3865

**Kathryn A. Pflug**
ASSISTANT UNITED STATES ATTORNEY - OMAHA
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506

s/*Mark J Rater*_____