IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

    vs.

BRYCE A. NOLDE,

                    Defendant.

8:24CR23

MOTION TO SEAL

        COMES NOW the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and moves this Court to seal the Government's Motion related to the above-captioned defendant as this document contains information protected from public viewing in accordance with the law.

        UNITED STATES OF AMERICA, Plaintiff

        LESLEY A. WOODS
        United States Attorney

By:    s/  Sean P. Lynch
        SEAN P. LYNCH, #25275
        Assistant U.S. Attorney
        1620 Dodge Street, Ste. 1400
        Omaha, Nebraska  68102
        Tel: (402) 661-3700
        Fax: (402) 661-3084
        E-mail:  sean.lynch@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on November 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

        s/ Sean P. Lynch
        Assistant U.S. Attorney