IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**BRYCE NOLDE,**<br><br>　　　　Defendant. | **Case No. 8:24CR23**<br><br><br>**MOTION TO DISMISS**<br>**SUPERSEDING INDICTMENT** |

**COMES NOW** the Defendant and for his Motion to Dismiss the Superseding Indictment for overbreadth and vagueness states:

1.  The Defendant was charged in the initial indictment with one Count of Wire Fraud affecting a Financial Institution namely First Community Bank in Scribner, Nebraska and it had some relatively specific items in it.

2.  The superseding initial indictment charges Nolde with three Counts of Wire Fraud Affecting a Financial Institution in violation of 18 USC §1343.

3.  The new superseding indictment is very broad and just generally states that everything the defendant does in his business is fraudulent from taking too much money, states that he would use funds of clients for other purposes than the construction project, states that he would have subcontractors and suppliers do work but then not pay them, states that he would take money from customers and lenders and not pay subcontractors and suppliers, states that he would just walk off the job site without finishing the work, and states that he would fraudulently place liens on peoples properties.

4.  None of these allegations give any specification as to which subcontractors or suppliers did not get paid back.

5.  It does not state what customers were affected.

6.  It does not give dates and times.

7.  The exception to this is that the superseding indictment does list three separate wire transactions with specificity.

8.  Nothing else in the indictment is specific.

9.  The indictment is overbroad and vague.

10. We are requesting the Court dismiss the Superseding Indictment for being overbroad and vague so that Nolde is not properly able to make his defense.

WHEREFORE prays the undersigned that this matter be set for hearing; that Superseding Indictment be dismissed for being overbroad and vague and other such relief as the Court deems fair and equitable.

/s/*Mark J Rater*_____
Mark J. Rater   #19115
221 S. Main Street
Council Bluffs, IA  51503
Phone (712) 323-3266
Fax (712) 323-9368
mark@raterlaw.com
**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The Undersigned hereby certifies that on the 5th day of November 2025, the undersigned

served the foregoing Motion to Dismiss Superseding Indictment upon the Clerk of the

Federal District Court and upon all parties of interest in this case by the CM/ECF

electronic filing system as follows:

**Sean P. Lynch**
U.S. ATTORNEY'S OFFICE - OMAHA
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506


**Daniel D. Packard**
U.S. ATTORNEY'S OFFICE - LINCOLN
100 Centennial Mall North
Suite 487, Federal Building
Lincoln, NE 68508-3865


**Kathryn A. Pflug**
ASSISTANT UNITED STATES ATTORNEY - OMAHA
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506


s/*Mark J Rater*_____