IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>BRYCE A. NOLDE,<br><br>               Defendant. | 8:24-CR-23<br><br>ORDER |

      This matter is before the Court on the parties' motions in limine. Trial is set for January 26, 2026. The Government's Motion in Limine seeks an order precluding the defendant from offering evidence of or argument related to five different topics. Filing 137. The Government has filed a brief in support of its motion. Filing 138. The defendant's Motion in Limine seeks an order precluding the Government from offering Rule 404(b) evidence. Filing 139. The defendant has also filed a brief in support of his motion. Filing 140. The defendant's Motion in Limine is in response to the Government's Notice of Intent to Introduce Rule 404(b) Evidence. Filing 135.

      The Court orders the parties to respond to the motions in limine and defers determining whether it is necessary to hold a hearing on the motions in limine until it has reviewed the parties' responses. Accordingly,

      IT IS ORDERED that the defendant shall respond to the Government's Motion in Limine, Filing 137, no later than Friday, January 9, 2026. The Government shall respond to the defendant's Motion in Limine, Filing 139, no later than Friday, January 9, 2026.

1

Dated this 2nd day of January, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge