IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRYCE A. NOLDE,

Defendants.

**8:24-CR-23**

**ORDER ON REQUEST FOR TRANSCRIPT**

This matter is before the Court on a Request for Transcript filed by nonparty Lindsey A. Schuler. Filing 210. The request relates to a transcript of the testimony of three witnesses who testified during the defendant's jury trial: Lindsey P. Fisher, James Kremer, and Derek Tesinsky. Filing 210 at 2. The request also seeks an "audio CD" if available. An "audio CD" is not available. Ms. Schuler's request is granted, provided Ms. Schuler contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for obtaining the transcript. In the event Ms. Schuler does not contact Ms. Schroder and make the appropriate financial arrangements, the request is denied. Accordingly,

IT IS ORDERED that the Request for Transcript filed by nonparty Lindsey A. Schuler, Filing 210, is granted as to the transcript under the conditions described above. To the extent those conditions are not met, the request is denied. The Clerk shall mail a copy of this order to Lindsey A. Schuler at the address provided in Filing 210.

1

Dated this 13th day of February, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge