IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) Case No. 8:24CR23 ) |
| Plaintiff, | ) ) **RULE 33 MOTION FOR** ) **NEW TRIAL** |
| v. | ) ) |
| **BRYCE NOLDE**, | ) ) |
| Defendant. | ) |

**COMES NOW**, Defendant Bryce Nolde, by and through the undersigned counsel, pursuant to Rule 33 of the Federal Rules of Criminal Procedure, and hereby respectfully moves this Court to vacate the judgment and grant a new trial in the above-captioned matter. Fed Rules Crim Proc R 33 for the following reasons:

1. Bryce Nolde was convicted of 3 Counts of Wire Fraud Affecting a Financial Institution in violation of 18 USC 1343 on February 4, 2026.
2. While Bryce Nolde did not testify at trial, his defense was that he intended to pay the subscontractors and suppliers but that his business went bankrupt and he was unable to do so.
3. Bryce Nolde also argued that he was spending the money on the business and not on lavish personal expenditures.
4. In the rebuttal of closing argument, the Assistant United States Attorney presented part of a bank statement showing Nolde withdrew $85,750.00 in one month from his business bank account and insinuated that instead of paying his subcontractors and suppliers he was paying himself.
5. He also stated that Nolde took a trip to Jamaica when in fact he did not do so.
6. Additionally, he called Nolde a liar.
7. The Assistant United States Attorney also mischaracterized the testimony of Shelby Smith of Google.

8. These items in total caused prejudice to the Defendant as the jury would have likely reached a different outcome had the truth been told.
9. The interests of justice demand that Bryce Nolde be awarded a new trial.

**WHEREFORE**, Defendant Bryce Nolde respectfully requests that this Court grant this Motion for New Trial, vacate the judgment of conviction, and order a new trial.

Respectfully submitted,

/s/*Mark J Rater*_____
Mark J. Rater   #19115
221 S. Main Street
Council Bluffs, IA  51503
Phone (712) 323-3266
Fax (712) 323-9368
mark@raterlaw.com
**ATTORNEY FOR DEFENDANT BRYCE NOLDE**

### CERTIFICATE OF SERVICE

The Undersigned hereby certifies that on the 17th day of February, 2026, the undersigned served the foregoing Rule 33 Motion for New Trial upon the Clerk of the Federal District Court and upon all parties of interest in this case by the CM/ECF electronic filing system as follows:

**Matthew Molsen**
U.S. ATTORNEY'S OFFICE - LINCOLN
100 Centennial Mall North
Suite 487, Federal Building
Lincoln, NE 68508-3865

**Tessie L.S. Smith**
U.S. ATTORNEY'S OFFICE - LINCOLN
100 Centennial Mall North

Suite 487, Federal Building
Lincoln, NE 68508-3865

**Sean P. Lynch**
U.S. ATTORNEY'S OFFICE - OMAHA
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506

**Daniel D. Packard**
U.S. ATTORNEY'S OFFICE - LINCOLN
100 Centennial Mall North
Suite 487, Federal Building
Lincoln, NE 68508-3865

**Kathryn A. Pflug**
ASSISTANT UNITED STATES ATTORNEY - OMAHA
1620 Dodge Street
Suite 1400
Omaha, NE 68102-1506

s/*Mark J Rater*_____