PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEBRASKA

U.S.A. vs. Bryce A. Nolde                                    Docket No. 8:24CR00023

### Petition for Action on Conditions of Pretrial Release

COMES NOW Theresa Rerucha, U.S. Probation and Pretrial Services Officer, presenting an official report upon the conduct of defendant Bryce A. Nolde, who was placed under pretrial release supervision by the Honorable Susan M. Bazis sitting in the Court at Omaha, on February 26, 2024, under the following conditions:

(gg) Defendant shall not liquidate any assets without the approval of Pretrial Services in conjunction with the government.

### Respectfully presenting petition for action of Court and for cause as follows:

On February 11, 2026, Bryce Nolde was instructed by the undersigned office to "hold off" on any sale of property he owned in Garland, Nebraska, until clarification could be obtained regarding restrictions on liquidating any further assets. On April 20, 2026, Mr. Nolde advised that the property in Garland "closed last week".

PRAYING THAT THE COURT WILL ORDER a **SUMMONS** be issued and order Mr. Nolde to appear to answer the above noted allegation. Mr. Nolde will appear before U.S. District Court Judge Brian C. Buescher on Tuesday May 12, 2026 at 9:00am.

ORDER OF COURT

Considered and ordered on ___May 1, 2026___ and ordered filed and made a part of the records in the above case.

_____
Brian C. Buescher
U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 1, 2026

_____
Theresa Rerucha
U.S. Probation and Pretrial Services Officer

Reviewed and Approved by:

_____
Jeff A. Anthens, Supervisory
U.S. Probation and Pretrial Services Officer