IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYCE A. NOLDE,<br><br>Defendant. | **WITNESS LIST**<br><br>Case No.    8:24CR23<br>Deputy:    Juliana Sanchez<br>Reporter:    Rogene Schroder<br>Date:    May 12, 2026 |

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Theresa Rerucha | 5/12/2026 |
| Brandon Soden | 5/12/2026 |

FOR DEFENDANT:

| Name | Date |
|---|---|
| | |
| | |