# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-2208

United States of America

Appellee

v.

Bryce A. Nolde

Appellant

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:24-cr-00023-BCB-1)

---

### ORDER

A briefing schedule will be issued under a separate notice of docket activity. Parties are directed to address, within their briefing, whether the court has jurisdiction over this interlocutory appeal.

June 23, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler