IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>BRYCE A. NOLDE,<br>Defendant. | **8:24-CR-23**<br><br>**ORDER ON REQUEST FOR TRANSCRIPT** |

This matter is before the Court on a Request for Transcript filed by nonparty Isaiah J. Frohling. Filing 263. The request seeks a transcript of the trial testimony of Travis Vanek and Ashlie Vanek. Filing 263 at 2. Ashlie Vanek did not testify at the defendant's jury trial, *see* Filing 204, but Mr. Frohling's request is granted as to Travis Vanek, provided Mr. Frohling contacts Rogene Schroder, 111 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for obtaining the transcript of Travis Vanek's testimony. In the event Mr. Frohling does not contact Ms. Schroder and make the appropriate financial arrangements, the request is denied. Accordingly,

IT IS ORDERED that the Request for Transcript filed by nonparty Isaiah J. Frohling, Filing 263, is granted as to the transcript of Travis Vanek's testimony under the conditions described above. To the extent those conditions are not met, the request is denied. The Clerk shall mail a copy of this order to Isaiah J. Frohling at the address provided in Filing 263.

Dated this 27th day of July, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge